UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABSOLUTE MANAGEMENT I, LLC,

          Plaintiff,

                                                                Case No.12-cv-14014
vs.                                                          HON. GERSHWIN A. DRAIN

COUNTY OF OAKLAND, *et al.*

          Defendants.

_____/

**<u>OPINION AND ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER [#29]; DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES [#28]; DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES [#33]; DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF OFFICERS FOR TAKING DEPOSITION [#44]; DENYING IN PART AND GRANTING IN PART MOTION TO COMPEL OR IN THE ALTERNATIVE; MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES [#46]; DENYING PLAINTIFF'S EMERGENCY PROTECTION ORDER [#48] AND DENYING AS MOOT DEFENDANTS' EMERGENCY MOTION TO SHOW CAUSE FOR JEANETTE MORRIS TO SHOW CAUSE FOR FILING 2 AFFIDAVIT CONTAINING FALSE STATEMENT[#50]</u>**

      Before the Court are multiple discovery motions filed by both Plaintiff and Defendants. The Court will begin by stating that the attorneys in this case have filed multiple discovery motions, of which, the Court believes many of them could have been resolved had the parties followed the Federal Rules of Civil Procedure and the local rules of this court. Thus preventing the continuous filing of what Defendants' counsel refers to as "baseless motions." *See Id.* at pg. 5.

While this statement was taken from one of the parties' numerous briefs, the Court in no way implies that all parties herein are not equally culpable, because all are, by their failure to abide by the letter and spirit of the Federal Rules of Civil Procedure and the local rules of this Court.  Going forward, the Court hereby prohibits the parties from filing any motion without complying with Local Rule 7.1(a). Any motion filed without certifying such compliance will be automatically stricken.

On August 7, 2013, and August 26, 2013, hearings were held on the parties' multitude of discovery motions.

Therefore,

**IT IS ORDERED**, Defendants' Motion for Protective Order Precluding the Disclosure of Documents to Third Parties **[#29]** is **GRANTED**. As a result of the Court granting the Protective Order, Defendants stated on the record, and in its briefs, that upon the Court's issuance of a Protective Order, it would comply with the outstanding deposition notices.

Therefore,

**IT IS ORDERED** as the parties agreed on the record that Plaintiff's Motion to Compel Discovery **[#28]** is **DENIED AS MOOT**, Plaintiff's Motion to Compel Deposition of Kanal **[#33]** is **DENIED AS MOOT**, and Plaintiff's Motion to Compel Production of Officers' Depositions **[#44]** is also **DENIED AS MOOT**. The parties are **ORDERED** to confer and schedule dates and times for the outstanding Depositions in Plaintiff's Motions to Compel [#28], [#33], and [#44], **within five days of this order**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Compel or in the Alternative, Motion for Leave to Serve Additional Interrogatories **[#46]** is **GRANTED IN PART AND**

**DENIED IN PART**. For the reasons set forth on the record, Defendants' Motion to Compel Discovery is DENIED; however, the Court will GRANT Defendants' Motion in the alternative for Leave to Serve Additional Interrogatories by allowing Defendants **ten additional interrogatories**.

**IT IS FURTHER ORDERED** for the reasons set forth on the record, Plaintiff's Emergency Motion for Protective Order **[#48]** is **DENIED**.

**IT IS FURTHER ORDERED** for the reasons set forth on the record, Defendants' Emergency Motion for Order to Show Cause for Jeanette Morris to Show Cause for Filing Affidavit Containing False Statements **[#50]** is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that both parties are each allowed a total of thirty-four (34) Depositions.

SO ORDERED.

Dated: August 27, 2013

/s/Gershwin A Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE